AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Cruz Miguel SALAZAR-Arredondo<br><br>_Defendant(s)_ | Case No. 5:23-MJ-0017-01 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 05, 2023__ in the county of __Webb__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326 | A citizen of Mexico, who has previously been REMOVED or has departed the United States while an order of REMOVAL is outstanding was thereafter found in the United States in Laredo the said Defendant having not obtained the consent of the Attorney General of the United States (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter- Title 6, United States Code, Sections 202 and 557) for the reapplication by the said Defendant for admission into the United States. |

This criminal complaint is based on these facts:

On or about January 05, 2023 the defendant Cruz Miguel SALAZAR-Arredondo was apprehended in Laredo. After a brief interview it was determined that, Cruz Miguel SALAZAR-Arredondo was an undocumented alien from Mexico and subsequently placed under arrest. Further investigation revealed that Cruz Miguel SALAZAR-Arredondo was previously REMOVED from the United States on 03/24/2020 El Paso, Tx. There is no record that Cruz Miguel SALAZAR-Arredondo has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

☐ Continued on the attached sheet.

/S/Rebekah De La Rosa
_Complainant's signature_

Rebekah De La Rosa    Border Patrol Agent
_Printed name and title_

Sworn to before me and signed in my presence,

Date: January 06, 2023

_Judge's signature_

City and state: Laredo, Texas

Diana Song Quiroga    U.S. Magistrate Judge
_Printed name and title_